930

No. 79–325. GRAND BAHAMA DEVELOPMENT CO., LTD., ET AL. *v.* ANDERSON ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–331. TOLEDO, PEORIA & WESTERN RAILROAD CO. *v.* BURLINGTON NORTHERN, INC. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 79–336. GUARDIAN INDUSTRIES CORP. *v.* PPG INDUSTRIES, INC. C. A. 6th Cir. Certiorari denied.

No. 79–342. REED *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 79–344. RENFORTH *v.* FAYETTE MEMORIAL HOSPITAL ASSN. ET AL. Ct. App. Ind. Certiorari denied.

No. 79–345. CHISHOLM *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 79–346. KERRIGAN *v.* FAIR EMPLOYMENT PRACTICE COMMISSION OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–348. EQUIPMENT RENTAL CORP., T/A AMERICAN EQUIPMENT RENTAL CO. *v.* TIDEWATER EQUIPMENT CO., INC. C. A. 4th Cir. Certiorari denied.

No. 79–353. GELFONT *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.